**BEFORE THE UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**
**MDL-_____-In re Tasigna Products Liability Litigation**

**SCHEDULE OF ACTIONS**

| Case Captions | Court | Civil Action No. | Judge |
|---|---|---|---|
| **Plaintiff:** Bruce Becker **Defendant:** Novartis Pharmaceuticals Corporation | W.D. Wa. | 3:20-cv-05221 | Benjamin H. Settle |
| **Plaintiff:** Roger Burke **Defendant:** Novartis Pharmaceuticals Corporation | W.D. Ar. | 2:20-cv-02032 | P.K. Holmes |
| **Plaintiff:** Sheila Colella **Defendant:** Novartis Pharmaceuticals Corporation | D. Conn. | 3:20-cv-00367 | Jeffrey Meyer |
| **Plaintiff:** Debra Craig **Defendant:** Novartis Pharmaceuticals Corporation | W.D. Wa. | 2:20-cv-01641 | Thomas S. Zilly |
| **Plaintiff:** Robin Davis **Defendant:** Novartis Pharmaceuticals Corporation | M.D.N.C. | 1:20-cv-01127 | Catherine Eagles |
| **Plaintiff:** Charlotte Dean **Defendant:** Novartis Pharmaceuticals Corporation | D.N.J. | 2:20-cv-02755 | John Vazquez |
| **Plaintiff:** Allen Garland **Defendant:** Novartis Pharmaceuticals Corporation | S.D. Ill. | 3:20-cv-00269 | J. Phil Gilbert |

| | | | |
|---|---|---|---|
| **Plaintiff:**<br>Jeffrey Giancaspro<br><br>**Defendant:**<br>Novartis Pharmaceuticals Corporation | M.D. Fla. | 3:20-cv-00346 | Brian Davis |
| **Plaintiffs:**<br>Teresa Gustin<br>Pamela Gustin<br>Gustin Family Trust<br><br>**Defendant:**<br>Novartis Pharmaceuticals Corporation | D.N.J. | 2:20-cv-02753 | John Vazquez |
| **Plaintiff:**<br>Ronald Hurd<br><br>**Defendant:**<br>Novartis Pharmaceuticals Corporation | D.N.M. | 2:20-cv-00262 | James Parker |
| **Plaintiff:**<br>Douglas Isaacson<br><br>**Defendant:**<br>Novartis Pharmaceuticals Corporation | D.N.D. | 3:21-cv-00057 | Alice Senechal |
| **Plaintiff:**<br>Stephen Lally<br><br>**Defendant:**<br>Novartis Pharmaceuticals Corporation | S.D.N.Y. | 1:20-cv-02359 | Loretta Preska |
| **Plaintiffs:**<br>Robert Merced<br>Estate of Elvia Rivera<br><br>**Defendant:**<br>Novartis Pharmaceuticals Corporation | M.D. Fla. | 8:20-cv-00587 | William Jung |
| **Plaintiff:**<br>Curtis Pederson<br><br>**Defendant:**<br>Novartis Pharmaceuticals Corporation | W.D. Wash. | 3:20-cv-05216 | Robert Bryan |
| **Plaintiff:**<br>Randy Poitra<br><br>**Defendant:**<br>Novartis Pharmaceuticals Corporation | D.N.D. | 3:20-cv-00123 | Peter Welte |

| | | | |
|---|---|---|---|
| **Plaintiffs:**<br>Annette Schimming<br>Estate of Gerald Mielke<br><br>**Defendant:**<br>Novartis Pharmaceuticals Corporation | E.D. Wis. | 2:21-cv-00135 | J.P. Stadtmueller |
| **Plaintiff:**<br>Ronald Tonge<br><br>**Defendant:**<br>Novartis Pharmaceuticals Corporation | M.D. Fla. | 2:20-cv-00168 | John L. Badalamenti |
| **Plaintiff:**<br>Robert Witt<br><br>**Defendant:**<br>Novartis Pharmaceuticals Corporation | D. Md. | 1:20-cv-01249 | Ellen L. Hollander |