**BEFORE THE UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

**In re** Tasigna Product Liability Litigation                    MDL-_____

**PROOF OF SERVICRE**

I hereby certify that a copy of the foregoing Motion, Brief, Schedule of Actions, and this Proof of Service was served or will be served by first class mail or email (as indicated below) on April 14, 2021 to the following:

**First Class Mail**

Clerk, Western District of Arkansas
30 South 6th Street
Room 1038
Fort Smith, Arkansas, 72901-2437

Clerk, District of Connecticut
141 Church Street
New Haven, CT 06510

Clerk, Middle District of Florida (Fort Meyers)
2110 First Street
Fort Myers, Florida 33901

Clerk, Middle District of Florida (Jacksonville)
00 North Hogan Street
Jacksonville, Florida 32202

Clerk, Middle District of Florida (Tampa)
801 North Florida Avenue
Tampa, Florida 33602

Clerk, Southern District of Illinois
750 Missouri Avenue
East St. Louis, IL 66201

Clerk, District of Maryland
101 West Lombard Street
Baltimore, MD  21201

Clerk, Middle District of North Carolina
324 W. Market Street
Greensboro, NC 27401

Clerk, District of New Jersey
50 Walnut Street Room 4015
Newark, NJ 07101

Clerk, District of New Mexico
100 N. Church Street
Las Cruces, New Mexico 88001

Clerk, Southern District of New York
40 Foley Square New York
New York, NY 10007

Clerk, District of North Dakota
655 1st Ave. North, #130
Fargo, ND 58102

Clerk, Western District of Washington (Seattle)
700 Stewart Street, Suite 2310
Seattle, WA 98101

Clerk, Western District of Washington (Tacoma)
1717 Pacific Avenue, Room 3100
Tacoma, WA 98402-3200

Clerk, Eastern District of Wisconsin
17 E. Wisconsin Ave - Room 362
Milwaukee, WI 53202

 **Email**

Robert Johsnton
Andrew Reissaus
Hollingsworth, LLP
1350 I St NW
Washington, DC 20005
rjohnston@hollingsworthllp.com
areissaus@hollingsworthllp.com
**Counsel for Defendant Novartis Pharmaceuticals, Inc.**

Raymond Silverman
Parker Waichman LLP
6 Harbor Park Drive
Port Washington, New York 11050
rsilverman@yourlawyer.com
**Counsel for Plaintiffs:**
- Sheila Colella, D. Conn. No. 3:20-cv-00367
- Robin Davis, M.D.N.C. No. 1:20-cv-01127
- Charlotte Dean, D.N.J. No. 2:20-cv-02755
- Jeffrey Giancaspro, M.D. Fla. No. 3:20-cv-00346
- Teresa Gustin, Pamela Gustin, Gustin Family Trust, No. 2:20-cv-02753
- Ronald Hurd, D.N.M. No. 2:20-cv-00262
- Douglass Isaacson, D.N.D. No. 3:21-cv-00057
- Stephen Lally, S.D.N.Y. No. 1:20-cv-02359
- Robert Merced, Estate of Elvia Rivera, M.D. Fla. No. 8:20-cv-00687
- Curtis Pederson, W.D. Wash. 3:20-cv-05216
- Randy Poitra, D.N.D. 3:20-cv-00123

/s/ Richard M. Elias
Richard M. Elias