# BEFORE THE UNITED STATES
# JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| **In Re: Tasigna (Nilotinib) Products Liability Litigation** | MDL No. 3006 |

## NOTICE OF RELATED ACTION

Pursuant to Rule 6.2(d) of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, Novartis Pharmaceuticals Corporation, defendant in *Riley v. Novartis Pharmaceuticals Corporation*, No. 8:21-cv-00979 (M.D. Fla.), hereby notifies the Panel of the related action listed in the attached schedule. The docket sheet and Complaint are also attached.

Dated: May 6, 2021

Respectfully submitted,

By: /s/ Joe G. Hollingsworth
Joe G. Hollingsworth, Esq.
jhollingsworthllp@hollingsworthllp.com
Hollingsworth LLP
1350 I Street Northwest
Washington, District of Columbia 20005
Phone: (202) 898-5800
Fax: (202) 682-1639

*Attorney for Novartis Pharmaceuticals Corporation*