**BEFORE THE UNITED STATES**
**JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| **In Re: Tasigna (Nilotinib)** <br> **Products Liability Litigation** | MDL No. 3006 |

**SCHEDULE OF ACTIONS**

| | Plaintiff | Defendant | District | Case No. | Judge |
|---|---|---|---|---|---|
| **1.** | Emily Riley | Novartis Pharmaceuticals Corporation | M.D. Fla. | 8:21-cv-00979 | Susan Bucklew |