BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| **In Re: Tasigna (Nilotinib) Products Liability Litigation** | MDL No. 3006 |

## PROOF OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that a copy of Novartis Pharmaceuticals Corporation's Notice of Related Action, Schedule of Action, docket sheet and Complaint, and this Proof of Service were electronically filed on May 6, 2021, with the Clerk of the JPML using the CM/ECF system and were served by operation of the Panel's ECF system on all counsel of record at the addresses indicated below:

***Becker v. Novartis Pharmaceuticals Corp.***
**No. 3:20-cv-05221-BHS (W.D. Wash)**

Bradley Jerome Moore
Brad@Strittmatter.com
Richard M. Elias
RElias@EliasLLC.com

*Counsel for Plaintiff*

***Burke v. Novartis Pharmaceuticals Corp.***
**No. 2:20-cv-2032-PKH (W.D. Ark.)**

Shawn Daniels
Shawn@DanielsFirm.com
Richard M. Elias
RElias@EliasLLC.com
James G. Onder
Onder@OnderLaw.com
Lawana S. Wichmann
Wichmann@OnderLaw.com

*Counsel for Plaintiff*

***Colella v. Novartis Pharmaceuticals Corp.***
**No. 3:20-cv-00367-JAM (D. Conn.)**

Raymond C. Silverman
rsilverman@yourlawyer.com
Thomas A. Virgulto
TVirgulto@Hill-Hill.com
Christoper Oxx
Oxx@yourlawyer.com
Harrison M. Biggs
HBiggs@yourlawyer.com

*Counsel for Plaintiff*

***Craig v. Novartis Pharmaceuticals Corp.***
**No. 2:20-cv-01641-TSZ (W.D. Wash.)**

Bradley Jerome Moore
Brad@Strittmatter.com
Richard M. Elias
RElias@EliasLLC.com

*Counsel for Plaintiff*

***Davis v. Novartis Pharmaceuticals Corp.***
**No. 1:20-cv-01127-CCE-JEP (M.D.N.C.)**

Brian A. Buchanan
Buchanan@gtalaw.net
Raymond C. Silverman
rsilverman@yourlawyer.com

*Counsel for Plaintiff*

***Dean v. Novartis Pharmaceuticals Corp.***
**No. 2:20-cv-02755-JMV-MF (D.N.J.)**

Melanie H. Muhlstock
MMuhlstock@yourlawyer.com
Christopher Oxx
Oxx@yourlawyer.com
Harrison M. Biggs
HBiggs@yourlawyer.com

*Counsel for Plaintiff*

***Garland v. Novartis Pharmaceuticals Corp.***
**No. 3:20-cv-00269-JPG (S.D. Ill.)**

Richard M. Elias
RElias@EliasLLC.com
James G. Onder
Onder@OnderLaw.com
Lawana S. Wichmann
Wichmann@OnderLaw.com

*Counsel for Plaintiff*

***Giancaspro v. Novartis Pharmaceuticals Corp.***
**No. 3:20-cv-00346-BJD-MCR (M.D. Fla.)**

Francisco Albites
FAlbites@yourlawyer.com

*Counsel for Plaintiff*

***Gustin et. al. v. Novartis Pharmaceuticals Corp.***
**No. 2:20-cv-02753-JMV-MF (D.N.J.)**

Melanie H. Muhlstock
MMuhlstock@yourlawyer.com
Raymond C. Silverman
rsilverman@yourlawyer.com
Christopher Oxx
Oxx@yourlawyer.com
Harrison M. Biggs
HBiggs@yourlawyer.com

*Counsel for Plaintiff*

***Hurd v. Novartis Pharmaceuticals Corp.***
**No. 2:20-cv-00262-JAP-GBW (D.N.M.)**

Raymond C. Silverman
rsilverman@yourlawyer.com
Caren. I. Friedman
CFriedman@dpslawgroup.com
Rosalind Bienvenu
RBienvenu@dpslawgroup.com
Justin R. Kaufman
JKaufman@dpslawgroup.com

*Counsel for Plaintiff*

***Isaacson v. Novartis Pharmaceuticals Corp.***
**No. 3:21-cv-00057-ARS (D.N.D.)**

Tatum O'Brien
Tatum@OkeefeAttorneys.com
Raymond C. Silverman
rsilverman@yourlawyer.com

*Counsel for Plaintiff*

***Lally v. Novartis Pharmaceuticals Corp.***
**No. 1:20-cv-02359-LAP (S.D.N.Y.)**

Christoper Oxx
Oxx@yourlawyer.com
Raymond C. Silverman
rsilverman@yourlawyer.com

*Counsel for Plaintiff*

***Merced et. al. v. Novartis Pharmaceuticals Corp.***
**No. 8:20-cv-00587 WFJ-SPF (M.D. Fla.)**

Raymond C. Silverman
rsilverman@yourlawyer.com
Francisco Albites
FAlbites@yourlawyer.com

*Counsel for Plaintiff*

***Pederson v. Novartis Pharmaceuticals Corp.***
**No. 3:20-cv-05216-RJB (W.D. Wash)**

Raymond C. Silverman
rsilverman@yourlawyer.com
Bradley Jerome Moore
Brad@Strittmatter.com

*Counsel for Plaintiff*

***Schimming et.al. v. Novartis Pharmaceuticals Corp.***
**No. 2:21-cv-000135-JPS (E.D. Wis.)**

James G. Onder
Onder@OnderLaw.com
Lawana S. Wichmann
Wichmann@OnderLaw.com
Scott J. Curtis
Scott@lacrosselaw.com

*Counsel for Plaintiff*

***Poitra v. Novartis Pharmaceuticals v. Corp.***
**No. 3:20-cv-00123-PDW-ARS (D.N.D.)**

Tatum O'Brien
Tatum@OkeefeAttorneys.com
Raymond C. Silverman
rsilverman@yourlawyer.com

*Counsel for Plaintiff*

***Riley v. Novartis Pharmaceuticals Corp.***
**No. 8:21-cv-00979 (M.D. Fla.)**

Richard M. Elias
RElias@EliasLLC.com
James G. Onder
Onder@OnderLaw.com

*Counsel for Plaintiff*

***Tonge v. Novartis Pharmaceuticals Corp.***
**No. 2:20-cv-00168-JLB-NPM (M.D. Fla.)**

Todd R. Friedman
TFriedman@EliasLLC.com
James Robert Bell
RBell@RealToughLawyers.com
Richard M. Elias
RElias@EliasLLC.com
Joseph A. Osborne
JOsborne@RealToughLawyers.com

*Counsel for Plaintiff*

***Witt v. Novartis Pharmaceuticals Corp.***
**No. 1:20-cv-01249-ELH (D. Md.)**

Craig Silverman
CSilverman@triallaw1.com
Richard M. Elias
RElias@EliasLLC.com
Todd R. Friedman
TFriedman@EliasLLC.com

*Counsel for Plaintiff*