BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| In Re: Tasigna (Nilotinib)<br>Products Liability Litigation | MDL No. 3006 |

## AMENDED PROOF OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that a copy of Novartis Pharmaceuticals Corporation's Notice of Related Action, Schedule of Action, docket sheet and Complaint, and this Proof of Service were electronically filed on May 6, 2021, with the Clerk of the JPML using the CM/ECF system and were served by operation of the Panel's ECF system on all counsel of record at the addresses indicated below:

*Riley v. Novartis Pharmaceuticals Corp.*
**No. 8:21-cv-00979 (M.D. Fla.)**

Richard M. Elias
Elias LLC
231 S. Bemiston Ave., Suite 800
St. Louis, MO 63105
RElias@EliasLLC.com

Todd R. Friedman
Elias LLC
25 SE 2 Avenue
Suite 321
Miami, FL 33131
tfriedman@eliasllc.com

*Counsel for Plaintiff*