# EXHIBIT 1



Andrew L. Reissaus<br>
dir 202 898 5855<br>
areissaus@hollingsworthllp.com

July 20, 2020

**VIA ELECTRONIC MAIL**

Raymond C. Silverman
Parker Waichman LLP
6 Harbor Park Drive
Port Washington, New York 11050
rsilverman@yourlawyer.com

      Re: *Merced v. NPC*, No. 8:20-cv-00587 (M.D. Fla.); *Colella v. NPC*, No. 3:20-CV-00367 (D. Conn.); *Giancaspro v. NPC*, No. 3:20-CV-00346 (M.D. Fla.); *Dean v. NPC*, No. 2:20-cv-02755 (D.N.J.); *Gustin v. NPC*, No. 2:20-cv-02753 (D.N.J.)

Dear Mr. Silverman:

      Pursuant to the Protective and Confidentiality Orders and Agreements entered in the above referenced cases, NPC is producing documents that NPC previously in the *Lauris* and *McWilliams* Tasigna matters. The below referenced documents were delivered this morning by FedEx to the address above on a hard drive. The deposition transcripts of NPC witnesses and associated exhibits taken in those matters are also being provided by ShareFile link at https://hollingsworthllp.sharefile.com/f/fo5fabe3-91bd-4244-9fb4-9214a5eed8ae. We have provided access to you and Mr. Oxx.

| PRODUCTION INFO | BEG PRODNO | END PRODNO | IMAGES | ZIP FILE NAME |
|---|---|---|---|---|
| TREDI Production 1 | TREDI1 | TREDI1437052 | 1,437,052 images (12,535 docs) | 251988-001 (Hard Drive) |
| TPROD Production 1 | TPROD1 | TPROD4084 | 4,084 images (17 docs) | 251947-001 (Hard Drive) |
| | TPROD4085 | TPROD522205 | 518,121 images (75,392 docs) | 251989-001 (Hard Drive) |
| | TPROD522206 | TPROD1598303 | 1,060,474 images (49,482 docs) | 251957-001 (Hard Drive) |
| | TPROD633897 | TPROD854734 | 171 images (6 docs) | 251959-001 (Hard Drive) |
| | TPROD1598304 | TPROD4842539 | 1,211,846 images (59,812 docs) | 251962-001 (Hard Drive) |
| | TPROD1684199 | TPROD4989266 | 1,324,016 images (59,788 docs) | 251963-001 (Hard Drive) |
| | TPROD2191975 | TPROD4991481 | 857,316 images (59,795 docs) | 251964-001 (Hard Drive) |

Raymond C. Silverman  
July 20, 2020  
Page 2



|  | TPROD4991482 | TPROD9120022 | 980,632 images (27,428 docs) | 251979-001 (Hard Drive) |
|---|---|---|---|---|
|  | TPROD5002271 | TPROD9126489 | 1,301,033 images (27,424 docs) | 251980-001 (Hard Drive) |
|  | TPROD5769767 | TPROD8134250 | 471,438 images (27,426 docs) | 251981-001 (Hard Drive) |
|  | TPROD5894742 | TPROD9227276 | 680,341 images (27,437 docs) | 251982-001 (Hard Drive) |
|  | TPROD5998475 | TPROD8953925 | 447,393 images (27,413 docs) | 251983-001 (Hard Drive) |
|  | TPROD5998531 | TPROD8475157 | 354,800 images (27,425 docs) | 251984-001 (Hard Drive) |
|  | TPROD9227277 | TPROD9234551 | 7,275 images (552 docs) | 251960-001 (Hard Drive) |

The hard drive contains the images and load files. Corresponding text files are contained in a folder titled "TEXT". The hard drive uses encryption. The password for the hard drive is: Santa Ana_blue_Vermont_forty-five

If you have any questions relating to the output data or images, please contact me or our Director of Litigation Support, Jeff Slater ((202) 898-5868; jslater@hollingsworthllp.com).

Sincerely,

*Andrew Reissaus*

Andrew Reissaus

cc:     Christopher Oxx, Esq.