# EXHIBIT 2



Andrew L. Reissaus<br>
dir 202 898 5855<br>
areissaus@hollingsworthllp.com

December 11, 2020

**<u>VIA ELECTRONIC MAIL</u>**

Raymond C. Silverman
Parker Waichman LLP
6 Harbor Park Drive
Port Washington, New York 11050
rsilverman@yourlawyer.com

      Re: *Colella v. NPC*, No. 3:20-CV-00367 (D. Conn.)

Dear Raymond:

      Pursuant to our agreement regarding the 30(b)(6) corporate organization notice and the protective order entered in this case, we are making an updated production of the organizational charts from *Lauris*. Please see the link to the FTP site: https://ftp-emn.kldiscovery.com. We will email separately the credentials.

| PRODUCTION INFO | BEG PRODNO | END PRODNO | IMAGES | CD/DISK VOLS |
|---|---|---|---|---|
| VOL001 | TPROD09234552 | TPROD09234563 | 12 | None |

                            Sincerely,

                            Andrew Reissaus

cc:    Christopher Oxx, Esq.
        Mark Ostrowski, Esq.