# EXHIBIT 3



Andrew L. Reissaus
dir 202 898 5855
areissaus@hollingsworthllp.com

December 21, 2020

**<u>VIA ELECTRONIC MAIL</u>**

Raymond C. Silverman
Parker Waichman LLP
6 Harbor Park Drive
Port Washington, New York 11050
rsilverman@yourlawyer.com

  Re: *Colella v. NPC*, No. 3:20-CV-00367 (D. Conn.)

Dear Raymond:

  The list below supplements the names previously provided to you in discovery responses and pursuant to the ESI protocol.  This list includes individuals who may have been involved with the Tasigna® team's evaluation of cardiovascular events based on review of minutes of the Cardiovascular Working Group.  This list is not exhaustive, and there may be additional individuals who may have had involvement.  NPC reserves its right to supplement as necessary.

    Sincerely,

    Andrew Reissaus

cc: Christopher Oxx, Esq.
  Mark Ostrowski, Esq.

Raymond C. Silverman
December 21, 2020
Page 2



| First | Last | Title |
|-------|------|-------|
| Mary | Aghoghovbia | Brand Safety Leader |
| Meike | Angstenberger | Global Program Regulatory Manager |
| Swati | Basu | Sr. Expert Epidemiologist |
| Carles | Blanch | Epidemiologist |
| Patricia | Brandt | Director, Global Scientific Communications |
| Aby | Buchbinder | Global Clinical Program Head |
| Katie | Chon | Director, Drug Regulatory Affairs |
| Darshan | Dalal | Senior Director, Global Medical Affairs |
| Pascal | Edrich | Senior Director Biostatistics |
| Tracy | Goodridge | Senior Product Director, Global Product Strategy, Tasigna |
| Zheng | Gu | Executive Director (Multi-Program Head), Hematology, Medical Safety |
| Karen | Habucky | Global Program Regulatory Director for Tasigna and Gleevec |
| Rebecca | Jolley | Vice President, Global Product Strategy, Disease Leader |
| Paul | Manley | Executive Director / NLS |
| Hans | Menssen | Global Program Clinical Head |
| Carmela | Piccolo | Global Brand Medical Director |
| Danielle | Roman | Director, Preclinical Safety Assessment |
| Pamela | Sheridan | Brand Safety Leader |
| Jane | Vesotsky | Senior Product Director, Global Product Strategy, Gleevec & Tasigna |
| Roger | Waltzman | Global Clinical Program Head |
| Darshan | Wariabharaj | Director, Drug Regulatory Affairs |
| Michael | Wittpoth | Global Program Team Director |
| Richard | Woodman | Senior VP and Head of North America Oncology Clinical Development & Medical Affairs, Global Brand Medical Director |