# EXHIBIT 5



April 6, 2021

*Via Electronic Mail*

Andrew L. Reissaus
Hollingsworth LLP
1350 I Street NW
Washington, DC 20005
areissaus@hollingsworthllp.com

Re:   *In re Tasigna Products Liability Litigation*

Dear Andrew:

We write regarding a number of outstanding discovery matters. Though consolidation issues remain unresolved, Plaintiffs do not believe it is prudent to wait for the Multicounty Litigation ("MCL") or Judicial Panel on Multidistrict Litigation ("JPML") petitions[1] to be decided before continuing to address the general discovery matters discussed below. While we are willing to meet and confer, please be advised that Plaintiffs are prepared to brief the positions set forth in this letter.

*First,* Plaintiffs request that Novartis Pharmaceuticals Corporation ("NPC") utilize the search terms set forth in Appendix A—enclosed herein—for all custodial collections, as well as all non-custodial collections where the source is amenable to the use of search terms. The list of terms in Appendix A represents significant compromise from Plaintiffs, as fifty-eight (58) terms and related acronyms have been removed or modified. The remaining terms are highly relevant and proportional to the needs of these cases.

*Second*, Plaintiffs request that NPC make custodial productions for each of the employees or former employees listed in Appendix B, enclosed herein. Testimony elicited during the 30(b)(6) deposition—along with the Exhibit created and provided by NPC's counsel—makes clear that each custodian listed in Appendix B held a primary role related to Tasigna in a core functional area of NPC during the relevant time period. The relevant time period for this litigation is the date from which NPC first began research and development on Tasigna through the present. Custodial productions should be made as follows:

- For the fifteen (15) custodians designated in the *Lauris* and *McWilliams* matters ("prior custodians"), productions should be supplemented to comply with the relevant time period, where applicable. That is, if one of the prior custodians held a primary role related to Tasigna outside of the dates covered by the *Lauris* and *McWilliams* productions, that custodian's production should be supplemented. Additional search terms need *not* be

---

[1] It is our understanding that a JPML petition is expected to be filed in the immediate future.

applied to prior custodians for the time period covered by the *Lauris* and *McWilliams* productions.[2]

- For the other forty-two (42) custodians in Appendix B, NPC should produce custodial files during the entire relevant time period using the search terms in Appendix A, pursuant to the ESI protocol agreed to in the *Colella* matter.

*Third*, Plaintiffs request that NPC make productions from the non-custodial sources listed in Appendix C—enclosed herein—for the entire relevant time period, provided the non-custodial source was utilized during same. To the extent legacy sources are necessary to encompass the relevant time period, those should be included as well. With respect to several of the listed sources (*e.g.*, Knipper), we believe that productions from these sources may be able to be made on a case-specific basis in response to Plaintiffs' Requests for Production of Documents.

Please let us know if you would like to meet and confer on any of these topics.

Sincerely,

Raymond C. Silverman

---

[2] This agreement does not impact Plaintiffs' ability to challenge redactions or claims of privilege made in the *Lauris* and *McWilliams* productions.

# Appendix A
## Search Terms

| ANCHOR | MODIFIER | REMOVED/MODIFIED |
|---|---|---|
| Tasigna! OR Tasinga! OR nilotinib! OR !AMN107! OR !AMN-107! OR "!AMN 107!" OR "NVR BCR!" OR "NVR-BCR!" OR "NVR/BCR!" OR "NVRBCR!" OR "NVR TKI!" OR "NVR-TKI!" OR "NVR/TKI!" OR "NVRTKI!" OR 78-0592! OR 78-0526! OR 22068! OR 22-068! OR 022068! OR NDA22068 OR #22068 OR 69,764 OR 069764 OR IND69764 OR ENEST! | | |
| | "study 2101" | Moved from anchor |
| | "study !2303" | Moved from anchor |
| | !popliteal! | |
| | !steno! | |
| | !thromb! | |
| | !vasc! | |
| | (stud! OR trial) W/2 protocol! | |
| | "blood flow" | |
| | ABI | ABI! |
| | ABPI | |
| | | adverse OR AE! OR SAE! OR 'Serious Expedited Adverse Event' OR ADR! OR incident! OR reaction! OR SADR OR VAE! |
| | advisory w/1 committee! OR 'advisory w/1 board!' | |
| | amputat! | |
| | angina | |
| | angio! | |
| | ankle-brachial! | |
| | AOD! | |
| | AOE! | |
| | arter! | |
| | ather! | |
| | | audit! |
| | benefit! | |
| | blackbox or 'black box' | |
| | block OR blockage OR blocked | block! |
| | BOS OR 'Brand Optimization Strategy' | |
| | brain! | |
| | CAD! | |
| | cardiovasc! OR cardiac | |
| | carotid! | |
| | CDP! OR 'Clinical Development Plan!' | |
| | CDS! OR 'Core Data Sheet!' | |
| | cerebr! | |
| | claudic! | |
| | | compliant! OR compliance |
| | | conflict! w/1 interest |
| | coronary | |
| | 'corrective action' OR CAPA | |
| | cramp! | |
| | CRF or 'Case report form!' | |
| | 'Critical Limb Ischemia' or CLI | |
| | CSR! OR 'Clinical Study Report!' | |
| | CVA! | |
| | CVE! | |
| | IHD! OR DVT! | CVE! OR CRE OR CREs |
| | CWG! | |
| | CWWG | |
| | | 'data analysis plan' OR DAP OR SAP OR 'statistical analysis plan' |
| | 'data mining' | |
| | 'data safety monitoring board' OR DSMB! OR DMC OR 'data monitoring committee' | |
| | | DDP OR 'Development Decision Point' |
| | 'Dear Doctor' OR 'Dear dr.' OR 'Dear Health Care Provider' | |
| | death! | |
| | | 'DIDE II' OR E2b OR Medwatch OR 3500! OR CIOMS! |
| | 'Dorsalis pedis' | |
| | | 'double blind' OR 'double-blind' OR 'double-dummy blind' OR 'doubledummy blind' |
| | DPA OR 'Disproportionality Analysis' | |
| | | drug w/1 reaction! |
| | DSS OR 'drug safety surveillance' | |
| | DSUAR OR 'Development Safety Update Report ' OR DSUR | |

| | | embol! | |
| --- | --- | --- | --- |
| | | ENACT! OR 'Expanding Nilotinib Access in Clinical Trials' | |
| | | | epidemiolog! |
| | | 'European Medicines Agency' OR EMA! OR EMEA! | |
| | | | 'ev-ct' OR 'eudravigilance' |
| | | | exacerbat! |
| | | | expedit! w/2 report! |
| | | extremit! | |
| | | fatal! | |
| | | | financial w/1 disclosure! |
| | | | 'French National Agency Of Medicine And Health Products Safety' |
| | | gangrene | |
| | | Haemorrhagic or Hemorrhagic | |
| | | harden! | |
| | | | harm! OR hazard! |
| | | 'Health Canada' OR HC | |
| | | heart! | |
| | | | IBD OR 'international birth date' |
| | | | ICSR! OR ('Individual Case Safety' w/1 report!) OR ISR! OR ('individual safety' w/1 report!) |
| | | ICVE! | |
| | | IHD! | |
| | | IIS! OR ('investigator initiated' w/1 stud!) | |
| | | impact w/1 assessment! | |
| | | IMS or 'Integrated Medical Safety' | |
| | | infarct! | |
| | | | initial w/1 report! |
| | | | 'intent to treat' OR ITT |
| | | | 'interim analysis' |
| | | | 'in-vitro' OR 'in vitro' |
| | | ischem! OR ischaem! | |
| | | KIZUKI | |
| | | KOL! OR ('key opinion' w/1 leader!) | |
| | | label! | |
| | | launch! | |
| | | leg OR legs | leg! |
| | | | liabilit! |
| | | 'life threatening' OR 'life-threatening' | |
| | | limb | |
| | | Lucentis | |
| | | | 'Medical Products Agency - Sweden' OR Läkemedelsverket |
| | | 'medication guide' | |
| | | MHRA OR 'Medicines and Healthcare products Regulatory Agency' | |
| | | MIA OR 'medical impact analysis' | MIA! |
| | | | MIT OR 'medical information team' |
| | | | morbidity OR Mb! |
| | | | mortality OR Mt! |
| | | | MSS OR 'Modeling and Simulation' |
| | | myocard! | |
| | | narrow! | |
| | | necrosis | |
| | | | 'New Zealand Medicines And Medical Devices Safety Authority' |
| | | | 'Norweigian Medicines Agency' |
| | | occl! | |
| | | 'package insert' OR PI OR USPI OR monograph | |
| | | PAD! OR 'Peripheral Arterial  Disease' | |
| | | PAOD! OR 'Peripheral Arterial Occlusive Disease' | |
| | | | PASS |
| | | | PDER! OR PADER! OR ('periodic adverse drug experience' w/1 report!) OR 'Postmarketing Adverse Drug Experience' |
| | | peripheral | |
| | | perivasc! | |

| | | | |
|---|---|---|---|
| | | pharmaco! OR PV! | |
| | | 'Pharmaceutical AND Medical Device Agency' OR PMDA | |
| | | PICA | |
| | | platelet! | |
| | | | PMB! |
| | | PRAC | |
| | | profit! | |
| | | | PRP OR 'pharmacovigilance responsible person' |
| | | PSSR! OR ('Postmarket Safety Surveillance' w/1 Review!) | |
| | | PSUR! OR ('periodic safety update' w/1 report!) | |
| | | PTA! | |
| | | publication! | |
| | | PVD!  OR PVE! OR 'peripheral vascular events' | |
| | | | QMIA OR 'Qualitative Medical Impact Analysis' |
| | | | QPPV OR 'Qualified Person for Pharmacovigilance' |
| | | Raynaud! | |
| | | 'rest pain' or 'rest-pain' | |
| | | restenosis | |
| | | revasc! | |
| | | revenue! | |
| | | risk! OR RR! OR REMS OR RMP! | |
| | | s017 OR 'supplement 017' OR 's17' OR 'supplement 17' | |
| | | SAB OR 'Safety Advisory Board' | |
| | | safe! | |
| | | Saglio! | |
| | | | SAS or SAP |
| | | SAWP OR 'Scientific Advice Working Party' | |
| | | | sDLT |
| | | | SDMS OR 'Drug Safety Data Management Specialist!' |
| | | | SDP OR 'Submission Decision Point' |
| | | | SDR! |
| | | | 'search strategy' |
| | | sequelae | |
| | | SFA! | |
| | | signal w/1 detect! | |
| | | | SIR! OR 'Standard Incidence Rate' |
| | | | SMQ! OR 'Standard Medical Query' |
| | | | SPA OR 'Special protocol assessment' |
| | | SRC OR 'Scientific review Committee' | |
| | | SRRC! OR 'Tasigna Cardiovascular Safety Review and Research Committee' OR SMC! | |
| | | | 'Statens Legemiddelverk' |
| | | stent! | |
| | | stopping w/1 rule! | |
| | | | strateg! |
| | | strok! | |
| | | | Sundhedsstyrelsen OR 'Danish Health And Medicines Authority' |
| | | | SUSAR! OR 'suspected unexpected serious adverse reaction' |
| | | | suspect w/1 medication! |
| | | 'Therapeutic Good Administration' OR TGA | |
| | | thick! | |
| | | thromb! | |
| | | TPP OR 'Target Product Profile' | |
| | | | Trackwise |
| | | "stress ulcer" OR "non-healing ulceration" OR "non-healing ulcer" OR "skin ulcer" OR "skin ulceration" | ulcer |
| | | | unlisted |
| | | VAE! | |
| | | vascul! | |
| | | VEGF! | |
| | | venous | |
| | | VTE! | |
| | | warn! | |
| | | YOROZU | |

**Appendix B**
**NPC Custodians**

| | |
|---|---|
| Aby Buchbinder | Mark Sims |
| Aleksandra Sarnecka | Mary Aghoghobvia |
| Anke Meyer | Michael Petroutsas |
| Bernd Eschgfaeller | Michele Ravara |
| Bill Hinshaw | Mohit Rawat |
| Calvin McNeill | Nancy Grande |
| Christopher Kier | Neil Gallagher, M.D. |
| Dagmar Wirth | Noel Clarke |
| Danielle Roman | Pamela Sheridan |
| Darshan Wariabharaj | Paul Manley, Ph.D. |
| David Domsic | Phil Bentley, Ph.D. |
| David Lennon | Philippe Drouet |
| Denise Williams, M.D. | Raluca Kreft |
| Elizabeth Rosenkrantz | Rebecca Jolley |
| Frank Hong | Reshema Kemps-Polanco |
| Gopal Krishna Sharma | Richard D'Addabo |
| Haisong Ju | Richard Woodman, M.D. |
| Harout Semerjian | Robert Miranda |
| James Campbell | Roger Waltzman |
| Jane Vesotsky | Sandrine Piret-Gerard |
| Johannes Wolff, M.D., Ph.D. | Shilpa Shah-Mehta |
| Karen Habucky | Solveig Ericson |
| Katie Chon | Steven A. Engelhardt |
| Laurie Letvak | Thomas Weigold |
| Leila Alland, M.D. | Tracy Goodridge |
| Luis Velez | Vanessa Thirion-Cullity |
| Manu Sondhi | Vivian Cheung |
| Margaret Dean | Volker Fischer, Ph.D. |
| Margaret Woo | |

**Appendix C**
**Non-Custodial Sources**

1. Concerto
2. Vantage
3. CareConnect
4. MIDUS
5. Argus
6. SubWay
7. Knipper
8. Commercial Data Lake
9. ESOPS
10. Documentum
11. TrackWise
12. E360
13. Clinical Safety Database
14. SAS Database