# EXHIBIT 7

| | |
|---|---|
| **From:** | James Onder |
| **To:** | Richard Elias; Shimada, Elyse |
| **Cc:** | Johnston, Robert E.; Reissaus, Andrew L. |
| **Subject:** | RE: Tasigna - Depositions |
| **Date:** | Monday, March 15, 2021 12:57:39 PM |
| **Attachments:** | image001.png |

Agreed.

Jim

**James G. Onder**
# The Onder Law Firm
110 East Lockwood Avenue
St. Louis, Missouri  63119
Direct: (314) 227-7676 | Main: (314) 963-9000
onder@onderlaw.com   www.onderlaw.com

**From:** Richard Elias <relias@eliasllc.com>
**Sent:** Monday, March 15, 2021 11:34 AM
**To:** Shimada, Elyse <eshimada@hollingsworthllp.com>
**Cc:** Johnston, Robert E. <RJohnston@hollingsworthllp.com>; Reissaus, Andrew L. <AReissaus@hollingsworthllp.com>; James Onder <Onder@onderlaw.com>
**Subject:** Re: Tasigna - Depositions

Fine with us.  Thanks.

On Mon, Mar 15, 2021 at 11:31 AM Shimada, Elyse <eshimada@hollingsworthllp.com> wrote:

> Rich and Jim,
>
> There are two 30(b)(6) depositions upcoming that are scheduled for March 18th and March 23rd. Parker Waichman has proposed language to be read into the record at the start of all non-case specific depositions, which is below:
>> It is agreed by and between the parties that this deposition shall be deemed taken in all cases currently filed and to be filed by Parker Waichman, LLP, Elias LLC, and/or Onder Law, LLC against Novartis Pharmaceuticals Corporation alleging atherosclerotic-related injuries suffered as the result of Plaintiff's use of Tasigna.
>
> Please let us know if you are not in agreement with this.
>
> Best,
> Elyse
>
> 
>
> **Elyse A. Shimada**
> Partner

D 202.898.5877 | EShimada@Hollingsworthllp.com
1350 I Street NW | Washington, DC 20005
www.hollingsworthllp.com

**Disclaimer**

This electronic message contains information from the law firm of Hollingsworth LLP, which may be confidential or privileged. The information is for the use of the individual or entity named above. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this message is prohibited. If you have received this electronic transmission in error, please notify us immediately at (202) 898-5800.