# EXHIBIT 8

| | |
|---|---|
| **From:** | Shimada, Elyse |
| **To:** | "Silverman, Raymond" |
| **Cc:** | Oxx, Christopher; Biggs, Harrison M.; "tvirgulto@hill-hill.com"; Reissaus, Andrew L.; Hollingsworth, Grant; "Ostrowski, Mark K." |
| **Subject:** | Colella - Amended Notice of Deposition of Plaintiff Sheila Colella |
| **Date:** | Monday, April 26, 2021 8:50:01 PM |
| **Attachments:** | Colella - Amended Notice of Deposition of Plaintiff Sheila Colella.pdf<br>HollingsworthLLP_56ce62fd-e3e8-4c4f-a254-011a055c2b0f.png |

Raymond –

Please see attached for an amended notice of deposition for Ms. Colella.

Best,

Elyse



**Elyse A. Shimada**
Partner

D 202.898.5877 | EShimada@Hollingsworthllp.com
1350 I Street NW | Washington, DC 20005
www.hollingsworthllp.com

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| SHEILA COLELLA,<br><br>Plaintiff,<br><br>v.<br><br>NOVARTIS PHARMACEUTICALS CORPORATION<br><br>Defendant. | Civil Action No.:<br>3:20-CV-00367-JAM |

**AMENDED NOTICE OF DEPOSITION OF SHEILA COLELLA**

**TO PLAINTIFF AND TO THE ATTORNEYS ON ATTACHED SERVICE LIST: PLEASE TAKE NOTICE** that, pursuant to Rule 30 of the Federal Rules of Civil Procedure, Defendant Novartis Pharmaceuticals Corporation ("NPC") shall take the videotaped deposition of Plaintiff **Sheila Colella** on **May 7, 2021,** at **9:00AM (EDT)**, before a person duly authorized to administer oaths. The deposition shall be taken at Courtyard by Marriott – Waterbury Downtown, 63 Grand St., Waterbury, CT 06702. The deposition shall be videotaped and recorded stenographically. The deponent shall produce any documents and tangible things responsive to NPC's Interrogatories or Requests for Production that have not already been produced to NPC, including those obtained or acquired since Plaintiff's initial responses, at least 72 hours prior to the deposition.

If you have any questions or concerns regarding the notice, please contact **Grant Hollingsworth**, Hollingsworth_LLP_, 1350 I Street, NW, Washington, DC 20005.

Dated: April 26, 2021

Respectfully Submitted,

By: /s/ Grant W. Hollingsworth
Robert E. Johnston, Esq. (admitted *Pro Hac Vice*)
Andrew L. Reissaus, Esq. (admitted *Pro Hac Vice*)
Grant W. Hollingsworth, Esq. (admitted *Pro Hac Vice*)
HOLLINGSWORTH LLP
1350 I Street Northwest
Washington, District of Columbia 20005
(202) 898-5800

By: /s/ Mark Ostrowski
Mark Ostrowski, Esq.
Sarah Dlugoszewski, Esq.
Shipman & Goodwin LLP
One Constitution Plaza
Hartford, CT 06103-1919
(860) 251-5634

*Attorneys for Defendant*
*Novartis Pharmaceuticals Corporation*

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 26, 2021, a true and correct copy of the foregoing was served upon the following (via electronic mail):

Raymond C. Silverman
6 Harbor Park Drive
Port Washington, NY 11050
Telephone: 516-466-6500
Facsimile: 516-466-6665
rsilverman@yourlawyer.com

Thomas A. Virgulto, Esq.
HILL & HILL, LLC
2e Samson Rock Drive, Meigswood
Madison, CT 06443
Telephone: 203-245-4900
Facsimile: 203-245-1992
tvirgulto@hill-hill.com


*Counsel for Plaintiff*


                                            /s/ Grant W. Hollingsworth
                                            Grant W. Hollingsworth