# EXHIBIT 9

| | |
|---|---|
| **From:** | Hollingsworth, Grant |
| **To:** | "Silverman, Raymond"; Oxx, Christopher |
| **Cc:** | Reissaus, Andrew L.; Jackson-Quzack, Douglas |
| **Subject:** | RE: Tasigna -- Gustin -- deposition of plaintiff |
| **Date:** | Tuesday, April 20, 2021 8:20:24 AM |
| **Attachments:** | image001.png |
| | HollingsworthLLP_56ce62fd-e3e8-4c4f-a254-011a055c2b0f.png |

Morning Raymond,

We'll take those dates. We plan to appear in person as well. Let us know if we should secure a conference room, and if so, provide the general location that is convenient for the plaintiff.

Thanks.



**Grant W. Hollingsworth**
Partner

D 202.898.5887 | GHollingsworth@Hollingsworthllp.com
1350 I Street NW | Washington, DC 20005
www.hollingsworthllp.com

**From:** Silverman, Raymond <rsilverman@yourlawyer.com>
**Sent:** Wednesday, April 14, 2021 1:00 PM
**To:** Hollingsworth, Grant <ghollingsworth@Hollingsworthllp.com>; Oxx, Christopher <oxx@yourlawyer.com>
**Cc:** Reissaus, Andrew L. <AReissaus@Hollingsworthllp.com>; Jackson-Quzack, Douglas <djquzack@Hollingsworthllp.com>
**Subject:** RE: Tasigna -- Gustin -- deposition of plaintiff

**[External Message]**

Grant,

We can produce Ms. Dean for a deposition on 5/18 and the estate representatives in the *Gustin* matter on 5/20.

Please note that we will be appearing in person with our clients on both of these dates.

Please confirm that these dates work for your side.

Thanks,

Raymond

Raymond C. Silverman
Partner
Parker Waichman LLP
6 Harbor Park Drive
Port Washington, New York 11050
516-723-4611 Direct
516-723-4711 Fax
www.yourlawyer.com
rsilverman@yourlawyer.com
============================================================
This electronic message transmission contains ATTORNEY PRIVILEGED AND CONFIDENTIAL information.  If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, printing or copying of this communication is strictly prohibited.  If you have received this communication in error, please erase all copies of the message and its attachments and notify sender immediately.

All e-mail to Parker Waichman LLP or any individual thereat should be followed up by hard copy including attachment(s), as e-mails and/or attachments may be blocked or deleted at any time without notice being provided to either the intended recipient or the sender.  Further, to the extent permitted by law or rule, Parker Waichman LLP does not accept service by email.
============================================================

**From:** Hollingsworth, Grant <ghollingsworth@Hollingsworthllp.com>
**Sent:** Friday, April 9, 2021 11:11 AM
**To:** Silverman, Raymond <rsilverman@yourlawyer.com>; Oxx, Christopher <oxx@yourlawyer.com>
**Cc:** Reissaus, Andrew L. <AReissaus@Hollingsworthllp.com>; Jackson-Quzack, Douglas <djquzack@Hollingsworthllp.com>
**Subject:** Tasigna -- Gustin -- deposition of plaintiff

Raymond,

In line with your letter from earlier this week (attached) indicating a desire to move forward with fact discovery in this litigation, please provide a date that plaintiff is available for deposition in this case.  We expect to have a date(s) for plaintiff's deposition as soon as possible.  As you are likely aware, the fact discovery deadline in this case is July 2, 2021.

Thanks very much.

Grant


**Disclaimer**

This electronic message contains information from the law firm of Hollingsworth LLP, which may be confidential or privileged. The information is for the use of the individual or entity named above. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this message is prohibited. If you have received this electronic transmission in error, please notify us immediately at (202) 898-5800.