# EXHIBIT 10

| | |
|---|---|
| **From:** | Hollingsworth, Grant |
| **To:** | "relias@eliasllc.com" |
| **Cc:** | Reissaus, Andrew L.; "cswartwout@boylebrasher.com"; "tfriedman@eliasllc.com"; "onder@onderlaw.com"; Jackson-Quzack, Douglas |
| **Subject:** | RE: Tasigna/Garland -- NPC's Deposition Notice to Plaintiff |
| **Date:** | Thursday, April 15, 2021 2:10:57 PM |
| **Attachments:** | image001.png |
| | HollingsworthLLP_56ce62fd-e3e8-4c4f-a254-011a055c2b0f.png |

Rich and Todd,

Please reach out to your client about scheduling this deposition if you haven't already.  We need to get this date finalized.



**Grant W. Hollingsworth**
Partner

D 202.898.5887 | GHollingsworth@Hollingsworthllp.com
1350 I Street NW | Washington, DC 20005
www.hollingsworthllp.com

**From:** Hollingsworth, Grant <ghollingsworth@Hollingsworthllp.com>
**Sent:** Friday, April 9, 2021 11:40 AM
**To:** 'relias@eliasllc.com' <relias@eliasllc.com>
**Cc:** Reissaus, Andrew L. <AReissaus@Hollingsworthllp.com>; 'cswartwout@boylebrasher.com' <cswartwout@boylebrasher.com>; 'tfriedman@eliasllc.com' <tfriedman@eliasllc.com>; 'onder@onderlaw.com' <onder@onderlaw.com>; Jackson-Quzack, Douglas <djquzack@Hollingsworthllp.com>
**Subject:** RE: Tasigna/Garland -- NPC's Deposition Notice to Plaintiff

Rich and Todd,

Please provide dates that plaintiff is available for deposition.  Important discovery deadlines are approaching.  Thanks.

**From:** Jackson-Quzack, Douglas <djquzack@Hollingsworthllp.com>
**Sent:** Tuesday, March 2, 2021 6:39 PM
**To:** 'relias@eliasllc.com' <relias@eliasllc.com>
**Cc:** Hollingsworth, Grant <ghollingsworth@Hollingsworthllp.com>; Reissaus, Andrew L. <AReissaus@Hollingsworthllp.com>; 'cswartwout@boylebrasher.com' <cswartwout@boylebrasher.com>; 'tfriedman@eliasllc.com' <tfriedman@eliasllc.com>; 'onder@onderlaw.com' <onder@onderlaw.com>
**Subject:** Tasigna/Garland -- NPC's Deposition Notice to Plaintiff

Rich,

Please find attached a notice for plaintiff's deposition to be taken on **April 28, 2021**, along with an accompanying cover letter.

Regards,
Doug



**Douglas Jackson-Quzack**
Associate

D 202.898.5865 | djquzack@Hollingsworthllp.com
1350 I Street NW | Washington, DC 20005
www.hollingsworthllp.com