BEFORE THE UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

**In re** Tasigna Product Liability Litigation          MDL No. 3006

**PROOF OF SERVICRE**

I hereby certify that a copy of the foregoing Brief and Proof of Service was served on counsel for all parties pursuant to the Court's CM/ECF system on May 13, 2021 as follows:

Melanie H. Muhlstock
Parker Waichman LLP
**Counsel for Plaintiffs:**
- Sheila Colella, D. Conn. No. 3:20-cv-00367
- Robin Davis, M.D.N.C. No. 1:20-cv-01127
- Charlotte Dean, D.N.J. No. 2:20-cv-02755
- Jeffrey Giancaspro, M.D. Fla. No. 3:20-cv-00346
- Teresa Gustin, Pamela Gustin, Gustin Family Trust, No. 2:20-cv-02753
- Ronald Hurd, D.N.M. No. 2:20-cv-00262
- Douglass Isaacson, D.N.D. No. 3:21-cv-00057
- Stephen Lally, S.D.N.Y. No. 1:20-cv-02359
- Robert Merced, Estate of Elvia Rivera, M.D. Fla. No. 8:20-cv-00687
- Curtis Pederson, W.D. Wash. 3:20-cv-05216
- Randy Poitra, D.N.D. 3:20-cv-00123

Joe G. Hollingsworth
Hollingsworth LLP
**Counsel for Defendant Novartis Pharmaceuticals, Inc.**

/s/ Richard M. Elias
Richard M. Elias