**BEFORE THE UNITED STATES**
**JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| **In Re: Tasigna (Nilotinib)**<br>**Products Liability Litigation** | MDL No. 3006 |

**NOVARTIS PHARMACEUTICALS CORPORATION'S**
**MOTION FOR LEAVE TO FILE REPLY TO**
**INTERESTED PARTY RESPONSE OF PLAINTIFFS**

Pursuant to J.P.M.L. Rule 6.3, Novartis Pharmaceuticals Corporation ("NPC"), respectfully moves this Panel for leave to file a Reply to respond to the Interested Party Response filed by plaintiffs. A draft of NPC's proposed reply is attached hereto as **Exhibit A**.

1.     Movant filed the Motion to Transfer on April 14, 2021. (ECF No. 1.)

2.     The Court entered a Notice of Filing and Publication of Briefing Schedule with responses due on or before May 6, 2021 and a reply due on or before May 13, 2021. (ECF No. 5).

3.     NPC timely submitted its response to the Motion to Transfer on May 6, 2021. (ECF No. 14). Also, on May 6, 2021, counsel for plaintiffs not represented Movant's counsel filed an Interested Party Response in support of centralization of the pending cases. (ECF No. 15). Plaintiffs' response asserts two new issues to which NPC has not had an opportunity to respond.

4.     Movant's counsel and counsel for plaintiffs who filed the Interested Party Response collectively represent all plaintiffs in the pending cases subject to the motion to transfer.

5.     J.P.M.L. Rule 6.3 permits parties to seek miscellaneous relief, and allows the Panel, through the Clerk, to act upon any motion for miscellaneous relief without waiting for a response.

6.      Accordingly, NPC requests that the Panel permit NPC to submit the attached

Reply to the Interested Party Response of Plaintiffs.


Dated:  May 13, 2021                                    Respectfully submitted,

                                                        By: /s/  Joe G. Hollingsworth
                                                        Joe G. Hollingsworth, Esq.
                                                        jhollingsworthllp@hollingsworthllp.com
                                                        HOLLINGSWORTH LLP
                                                        1350 I Street Northwest
                                                        Washington, District of Columbia 20005
                                                        Phone: (202) 898-5800
                                                        Fax: (202) 682-1639

                                                        *Counsel for Novartis*
                                                        *Pharmaceuticals Corporation*