# UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION



# Notice of Related Action from District Court

**Date Received: 7/29/21**

**JPML has been notified of the attached actions for inclusion in this MDL**

**Number of Actions: 1**

**Complaints and Docket Sheets are attached.**

CLERK OF THE PANEL