## BEFORE THE UNITED STATES
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

---

**In Re: Tasigna (Nilotinib)**
**Products Liability Litigation**

MDL No. 3006

---

### NOTICE OF TAG-ALONG ACTIONS

Pursuant to Rule 6.2(d) of the Rules of Procedure of the United States Judicial Panel on

Multidistrict Litigation, Novartis Pharmaceuticals Corporation, defendant in *Fitch v. Novartis*

*Pharmaceuticals Corporation*, No. 8:21-cv-00979 (M.D. Fla.), *Harris v. Novartis*

*Pharmaceuticals Corporation*, No. 5:21-cv-00153 (W.D.N.C.), and *Gale v. Novartis*

*Pharmaceuticals Corporation*, No. 1:21-cv-001161 (N.D.N.Y.) hereby notifies the Panel of the

related actions listed in the attached schedule. The docket sheets and Complaints are also

attached.


Dated:  October 28, 2021              Respectfully submitted,


                        By: /s/  Joe G. Hollingsworth
                        Joe G. Hollingsworth, Esq.
                        jhollingsworthllp@Hollingsworthllp.com
                        HOLLINGSWORTH LLP
                        1350 I Street Northwest
                        Washington, District of Columbia 20005
                        Phone: (202) 898-5800
                        Fax: (202) 682-1639

                        *Attorney for Novartis*
                        *Pharmaceuticals Corporation*